## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

FRANKLIN JESSMY MUNGIA
ESCALANTE,

   Petitioner,

v.

WARDEN of Irwin County Detention
Center;
KRISTIN SULLIVAN, Acting Director of
Immigration and Customs Enforcement
and Removal Operations ("ICE/ERO")
Atlanta Field Office;
MARK WAYNE MULLIN, Secretary of the
Department of Homeland Security ("DHS");
and TODD BLANCHE, Acting Attorney
General of the United States,

in their official capacities,

   Respondents.

   Case No. 7:26-cv-121

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner asserts that he received a bond hearing on May 12, 2026, and that

the Immigration Judge granted bond.

Accordingly, Petitioner moves to voluntarily dismiss this action before the Court.

Respectfully submitted,

**/s/ Brittany S. Pierce**
Attorney Bar Number: 613909
Attorney for Franklin Jessmy Mungia Escalante
Lively Law Firm
2221 Edge Lake Drive, Suite 175
Charlotte, NC 28217
Telephone: (980)-202-7991
E-Mail: brittany@livelylawfirm.com

*Counsel for Petitioner*

Dated: July 6, 2026

SO ORDERED this _13th_ day
of _July 2026_.

_W. Louis Sands_
W. Louis Sands, Sr. Judge
United States District Court